IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR 2705(B) NONDISCLOSURE ORDER FOR GRAND JURY SUBPOENA #106 | Case No. 1:23-sc-00299 |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Meta Platforms, Inc. (hereinafter "Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the subpoena) of the existence of the subpoena for a period of 180 days.

The Court determines that there is reason to believe that notification of the existence of the subpoena will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the subpoena, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days, except that the Provider may disclose the subpoena to an attorney for the Provider for the purpose of receiving legal advice.

**Filed Under Seal**

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____
UNITED STATES MAGISTRATE JUDGE